## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID MELGREN,<br>*Plaintiff,*<br><br>v.<br><br>ALCORN INSURANCE AGENCY, INC.,<br>*Defendant.* | Civil Number: **23-cv-3474-RJD** |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 5, 2024, this case is DISMISSED without prejudice. Each party to bear their own costs.

**DATED:  February 5, 2024**

                                                    MONICA A. STUMP
                                                    CLERK OF COURT

                                                    By: *s/Jamie Melson*
                                                              **Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**